IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LONNIE D. CHATMAN,

        Plaintiff,

  v.

M.E. POULOS, Warden,

        Defendant.
                                     /

No. CV-09-2215 MMC (PR)

**JUDGMENT IN A CIVIL CASE**

**( ) Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**(X) Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** the instant complaint is hereby DISMISSED, without prejudice to plaintiff's refiling his claims in a petition for a writ of habeas corpus after he has exhausted those claims in the state courts. .

Dated: June 16, 2009

Richard W. Wieking, Clerk

By: Tracy Lucero
Deputy Clerk